MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JORDAN D. ETZIG | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. |
| vs. | ) |
| | ) |
| JP MORGAN CHASE BANK, | ) |
| NATIONAL ASSOCIATION | ) |
| | ) |
| Defendant. | ) |
| | ) |

# COMPLAINT

## JURISDICTION

1.  The jurisdiction of this Court attains pursuant to the FCRA, 15 U.S.C. Section 1681(p), and the doctrine of supplemental jurisdiction. Venue lies in the Southern Division of the Judicial District of Nevada as Plaintiffs' claims arose from acts of the Defendant perpetrated therein.

## PRELIMINARY STATEMENT

2.  The Plaintiff brings this action for damages based upon Defendant's violations of the Fair Credit Reporting Act, 15 U.S.C § 1681 *et seq.* (hereinafter referred to as "FCRA").

3.  Plaintiff is a natural person and is a resident and citizen of the State of Nevada and of the United States. Plaintiff is a "consumer" as defined by § 1681a(c) of the FCRA.

4.  Defendant , JP Morgan Chase Bank, NA, is a furnisher of information as contemplated by FCRA § 1681s-2(a) & (b), who regularly and in the ordinary course of business

Page 1

furnishes information to one or more consumer reporting agencies about consumer transactions or experiences with any consumer.

## FACTUAL ALLEGATIONS

5. Plaintiff's creditworthiness has been repeatedly compromised by the acts, obduracy and general indifference of Defendant.

6. Plaintiff has serially disputed Defendant's accounts.

7. Despite both Defendant's misreporting and Plaintiff's disputes, Defendant has failed to notate the account *as disputed* in violation of FCRA § 1681s-2(b)(1)(C), (D) and (E).

8. Defendant acknowledged the two (2) accounts underlying this action are past the Statute of Limitations.

9. Defendant's historical reporting of its accounts is inaccurate as Plaintiff's delinquencies preceded that reflected in the chronological record.

10. The reporting fails to correspond to Defendant's literal promise not to sue Plaintiff on the accounts.

11. Defendant's reporting likewise failed to comport with an historically accurate record.

12. On June 5, 2020 Plaintiff disputed Defendant's misreporting (Exhibit 1).

13. In Exhibit 1 Plaintiff detailed Defendant's very own concessions regarding the accounts.

14. In Exhibit 1 Plaintiff provided Defendant's prior correspondence.

15. Notwithstanding, on July 10, 2020 Defendant "verified" its misreporting.

16. Significantly, neither of Defendant's accounts reflect any dispute notation.

17. Defendant's failure to note Plaintiff's dispute is in explicit violation of FCRA § 1681s-2(b)(1)(C), (D) and (E). Gorman v. Wolpoff & Abramson, LLP, 584 F.3d 1147, 1162-64 (9th Cir. 2009).

18. Plaintiff has no way of knowing, short of discovery, precisely how Plaintiff's dispute was conveyed to Defendant, *but is entitled to a presumption it did so.* Shulick v.

Experian, 2011 WL 4346335 (E.D.Pa.), <u>Fishback v. HSBC Retail Services Inc.</u>, 944 F.Supp.2d 1098, 1113 (D. New Mexico 2013).

19.     In its indifference, Defendant ignored basic credit reporting industry standards. <u>Cassara v. DAC Services, Inc.</u>, 276 F.3d 1210, 1225 (10th Cir. 2002).

20.     In failing to correct Plaintiff's tradeline, Defendant continued to report *patently inaccurate* information in violation of the FCRA. <u>Drew v. Equifax Information Services, LLC</u>, 690 F.3d 1100, 1108 (9th Cir. 2012).

21.     In failing to appropriately revise Plaintiff's tradeline, Defendant provided *misleading* information which likewise violated the FCRA, <u>Drew v. Equifax Information Services, LLC</u>, 690 F.3d 1100, 1108 (9th Cir. 2012).

22.     Defendant was precluded from making any report either patently wrong or "<u>missing crucial data</u>" or otherwise misleading. <u>Kuns v. Ocwen Loan Servicing, LLC</u>, 611 Fed.Appx. 398 (U.S. Ct. of Appeals, Ninth Circuit 2015).

23.     Defendant violated FCRA § 1681s-2(b)(1)(E)(i) in its failure to provide <u>additional information</u> explicating the status of Plaintiff's account. <u>Bush v. Roundpoint Mortg. Servicing Corp.</u>, 122 F.Supp.3d 1347, 1351 (2015).

24.     Plaintiff has suffered meaningful emotional distress including, but not limited to, excessive worry, frustration, sleeplessness, anger, humiliation, embarrassment, chagrin and other mental anguish as a direct result of Defendant's conduct. <u>McCollough v. Johnson, Rodenburg & Lauinger</u>, LLC, 637 F.3d 939, 957 (9th Cir. 2011).

**STATEMENT OF CLAIM AS AGAINST DEFENDANT**

25.     In the entire course of its action, Defendant willfully and/or negligently violated the provisions of the FCRA in the following respects:

    a.     By willfully and/or negligently failing to comport with FCRA § 1681s-2(b).

///

///

## PRAYER FOR RELIEF

THEREFORE, Plaintiff prays that the court grant the following relief as against Defendant:

    a)    actual damages;

    b)    punitive damages;

    c)    attorney's fees; and

    d)    costs.

_____
MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd. #95
Las Vegas, Nevada 89102
Attorney for Plaintiff

June 5, 2020

**CERTIFIED MAIL**

Trans Union LLC
P.O. Box 2000
Chester, PA 19016

Re:   Etzig, Jordan D. / Dispute

Dear Sir,

This letter is a dispute. I have attached an excerpt from my recent credit profile. My attorney helped me prepare this letter to ensure you have all of the information you need to appropriately address my concerns. I have personally reviewed, approved and signed this letter.

I provide my personal information: Jordan D. Etzig; Spouse: n/a; current address:            , Las Vegas, NV        ; prior address:                    , Las Vegas, NV  ; SSN       -1536; date of birth:       1987.

Please delete the two (2) bracketed JPMCB (Chase Bank) accounts. I've provided Chase's own two (2) May 18, 2020 letters corresponding to these accounts. Please note Chase's corporate acknowledgement the accounts are indeed past the Statute of Limitations and thus time barred. Accordingly, please delete each Chase account.

Thank you in advance for your anticipated courtesy.

Very truly yours,

Jordan D. Etzig

Enclosures

EXHIBIT 1


TransUnion

Report Created On: 05/18/2020
File Number: 322696642

## Personal Information

SSN: XXX-XX-1536
Your SSN has been masked for your protection.

Names Reported: JORDAN DANIEL ETZIG and JORDAN DAN ETZIG

You have been on our files since 12/22/2003
Date of Birth: 06/25/1987

**Addresses Reported:**

| Address | Date Reported |
|---|---|
| 5453 S DURANGO DR UNIT 1069, LAS VEGAS, NV 89113-2261 | 02/28/2017 |
| 7935 W OQUENDO RD, LAS VEGAS, NV 89113-1704 | 01/31/2014 |
| 9620 W RUSSELL RD APT 1012, LAS VEGAS, NV 89148-4503 | 08/18/2013 |
| 5478 FAWN CHASE WAY, LAS VEGAS, NV 89135-4006 | 11/26/2012 |
| 9206 W RUSSELL RD UNIT 206, LAS VEGAS, NV 89148-1256 | 06/26/2012 |
| 9620 W RUSSELL RD APT 1001, LAS VEGAS, NV 89148-4503 | 04/24/2008 |
| 5023 SPANISH HEIGHTS DR, LAS VEGAS, NV 89148-1409 | 05/23/2006 |
| 5354 S DURANGO DR UNIT 1069, LAS VEGAS, NV 89113-1835 | 02/15/2018 |

**Telephone Numbers Reported:**

(702) 885-2828   (702) 795-7111   (702) 855-2828   (702) 228-0031   (702) 480-0357   (702) 364-2050

**Employment Data Reported:**

| Employer Name | Location | Position | Date Hired | Date Verified |
|---|---|---|---|---|
| SOUTH POINT HOTEL & CASINO | LAS VEGAS, NV | CASINO PIT MANAGER | 02/01/2010 | 10/01/2019 |
| SOUTH POINT | | DEALER | 07/01/2008 | 11/24/2008 |

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

**Rating Key**

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

## Adverse Accounts

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< to those items in this report. For your protection, your account numbers have been partially masked, and in some cases scrambled. Please note: Accounts are reported as "Current; Paid or paying as agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date.

**AMERICAN EXPRESS #349991967994******
PO BOX 981537
EL PASO, TX 79998
(800) 874-2717

| Date Opened: | 09/04/2005 | Balance: | $4,682 | Pay Status: | >Charged Off< |
|---|---|---|---|---|---|
| Responsibility: | Individual Account | Date Updated: | 04/26/2020 | Terms: | Paid Monthly |
| Account Type: | Revolving Account | High Balance: | $5,132 | Date Closed: | 10/01/2015 |
| Loan Type: | CREDIT CARD | Credit Limit: | $0 | | |
| | | Past Due: | >$3,396< | | |

Remarks: CLOSED BY CREDIT GRANTOR; UNPAID BALANCE CHARGED OFF

# TransUnion

Estimated month and year that this item will be removed: 06/2022

| | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X | X |

| | 05/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X | X |

| | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X | X |

| | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 | 01/2017 | 12/2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X | X |

| | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 | 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X | X |

| | 01/2016 | 12/2015 | 11/2015 | 10/2015 | 09/2015 | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X | X |

| | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X | X |

| | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | OK | OK | OK | OK | OK | OK |

| | 07/2013 | 06/2013 |
|---|---|---|
| Rating | OK | OK |

**AMERICAN EXPRESS #349992086176****
PO BOX 981537
EL PASO, TX 79998
(800) 874-2717

| | | | | | |
|---|---|---|---|---|---|
| Date Opened: | 12/05/2005 | Balance: | $2,258 | Pay Status: | >Charged Off< |
| Responsibility: | Individual Account | Date Updated: | 05/05/2020 | Terms: | Paid Monthly |
| Account Type: | Open Account | High Balance: | $6,257 | Date Closed: | 02/16/2015 |
| Loan Type: | CREDIT CARD | Past Due: | >$2,258< | | |

Remarks: CLOSED BY CREDIT GRANTOR; UNPAID BALANCE CHARGED OFF
Estimated month and year that this item will be removed: 09/2021

**JPMCB CARD SERVICES #414720212023****
PO BOX 15369
WILMINGTON, DE 19850
(800) 945-2000

| | | | | | |
|---|---|---|---|---|---|
| Date Opened: | 02/02/2013 | Balance: | $8,194 | Pay Status: | >Charged Off< |

# TransUnion

| Responsibility: | Individual Account | Date Updated: | 02/17/2017 | Terms: | Paid Monthly |
|---|---|---|---|---|---|
| Account Type: | Revolving Account | Last Payment Made: | 08/07/2015 | Date Closed: | 07/15/2015 |
| Loan Type: | FLEXIBLE SPENDING CREDIT CARD | High Balance: | $8,194 | >Maximum Delinquency of 120 days in 12/2015 for $1,045 and in 02/2016 for $1,478< | |
| | | Credit Limit: | $7,500 | | |
| | | Past Due: | >$8,194< | | |

Remarks: CLOSED BY CREDIT GRANTOR; UNPAID BALANCE CHARGED OFF
Estimated month and year that this item will be removed: 06/2022

| | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 | 06/2016 | 05/2016 | 04/2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 03/2016 | 02/2016 | 01/2016 | 12/2015 | 11/2015 | 10/2015 | 09/2015 | 08/2015 | 07/2015 | 06/2015 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | 120 | 120 | 120 | 90 | 60 | 30 | OK | 60 | 30 |

| | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08/2014 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 | 02/2013 |
|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK |

**JPMCB CARD SERVICES #426684136190****
PO BOX 15369
WILMINGTON, DE 19850
(800) 945-2000

| Date Opened: | 05/04/2014 | Balance: | $1,138 | Pay Status: | >Charged Off< |
|---|---|---|---|---|---|
| Responsibility: | Individual Account | Date Updated: | 03/05/2017 | Terms: | Paid Monthly |
| Account Type: | Revolving Account | Last Payment Made: | 07/19/2015 | Date Closed: | 11/01/2015 |
| Loan Type: | CREDIT CARD | High Balance: | $1,138 | >Maximum Delinquency of 120 days in 01/2016 for $258 and in 03/2016 for $390< | |
| | | Credit Limit: | $800 | | |
| | | Past Due: | >$1,138< | | |

Remarks: CLOSED BY CREDIT GRANTOR; UNPAID BALANCE CHARGED OFF
Estimated month and year that this item will be removed: 08/2022

| | 02/2017 | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 | 06/2016 | 05/2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 04/2016 | 03/2016 | 02/2016 | 01/2016 | 12/2015 | 11/2015 | 10/2015 | 09/2015 | 08/2015 | 07/2015 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | 120 | 120 | 120 | 90 | 60 | 30 | OK | OK | 30 |

| | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | 30 | OK | OK | OK |

**CHASE ◯**

CHASE CARD SERVICES
P.O. BOX 17230
WILMINGTON, DE 19850-7230

**Questions?**
1-866-569-6809

We accept operator relay calls

76084 RCT 068 001 14020 NNNPOOXNNNNNN OOS001
JORDAN ETZIG

May 18, 2020

**Action Needed:** Please review this offer to pay your account for less than the unpaid balance

Your credit card account ending in 4388

Dear Jordan Etzig:

The unpaid balance on this account is $8,194.17. We want to offer you an opportunity to pay less than the unpaid balance. If you pay $2,868.71 on this account, we will reduce the remaining unpaid balance to zero.

Here are the payment options; please choose one
- Option 1: Make one payment of $2,868.71, or
- Option 2: Make two equal payments of $1,434.36 totaling $2,868.71, or
- Option 3: Make equal monthly payments of $956.24 totaling $2,868.71.

When you complete one of the payment options above, we will:
- Reduce the remaining unpaid balance to zero,
- Notify the credit reporting agencies that the account has been paid for less than the full balance, and
- Stop any further collection activities.

Here's how to accept our offer
- Pay by phone at 1-866-569-6809, or
- Pay by mail with a check or money order payable to Chase. Write your account number in the memo field:

  Chase Card Services
  PO Box 6294
  Carol Stream, IL 60197

To accept this opportunity, we ask that a payment be received within 30 days of this letter. If you can't make the payments within these timeframes, please call us to discuss other options.

THE LAW LIMITS HOW LONG YOU CAN BE SUED ON A DEBT. EVEN IF YOU MAKE A PAYMENT, BECAUSE OF THE AGE OF YOUR DEBT, WE WILL NOT SUE YOU FOR IT. IF YOU DO NOT PAY THE DEBT, WE MAY CONTINUE TO REPORT IT TO THE CREDIT REPORTING AGENCIES.

Please review the reverse side of this letter.
It contains information that might apply to you depending on where you live.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

**CHASE**

CHASE CARD SERVICES
P.O. BOX 17230
WILMINGTON, DE 19850-7230

Questions?
1-866-569-6809

We accept operator relay calls

76085 RCT 058 001 14020 NNNNNNNNNNNN OOS001
JORDAN D ETZIG

May 18, 2020

## Action Needed: Please review this offer to pay your account for less than the unpaid balance

Your credit card account ending in 6140

Dear Jordan D Etzig:

The unpaid balance on this account is $1,138.78. We want to offer you an opportunity to pay less than the unpaid balance. If you pay $399.71 on this account, we will reduce the remaining unpaid balance to zero.

Here are the payment options; please choose one
- Option 1: Make one payment of $399.71, or
- Option 2: Make two equal payments of $199.86 totaling $399.71, or
- Option 3: Make equal monthly payments of $133.24 totaling $399.71.

When you complete one of the payment options above, we will:
- Reduce the remaining unpaid balance to zero,
- Notify the credit reporting agencies that the account has been paid for less than the full balance, and
- Stop any further collection activities.

Here's how to accept our offer
- Pay by phone at 1-866-569-6809, or
- Pay by mail with a check or money order payable to Chase. Write your account number in the memo field:

    Chase Card Services
    PO Box 6294
    Carol Stream, IL 60197

To accept this opportunity, we ask that a payment be received within 30 days of this letter. If you can't make the payments within these timeframes, please call us to discuss other options.

THE LAW LIMITS HOW LONG YOU CAN BE SUED ON A DEBT. EVEN IF YOU MAKE A PAYMENT, BECAUSE OF THE AGE OF YOUR DEBT, WE WILL NOT SUE YOU FOR IT. IF YOU DO NOT PAY THE DEBT, WE MAY CONTINUE TO REPORT IT TO THE CREDIT REPORTING AGENCIES.

Please review the reverse side of this letter.
It contains information that might apply to you depending on where you live.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

*** 322696642-029 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

07/10/2020


Information for Good.

PCFFLT00202511-I024531-072114193

JORDAN DANIEL ETZIG

LAS VEGAS, NV

Dear JORDAN DANIEL ETZIG,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete. After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR
2. Determined that the information you disputed either does not appear on your credit file or already shows the requested status; OR
3. Determined that the data furnisher had previously verified the reported information. If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4. Asked the data furnisher reporting the information you disputed to do all of the following:
   - Review relevant information we sent them, including any provided documents
   - Investigate your dispute and verify whether the information they report is accurate
   - Provide us a response to your dispute and update any other information
   - Update their records and systems, if necessary;

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully. To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results**.

**EXHIBIT 2**

P CFFI T-002 02511-0124511 01/10

File Number: 322686842
Date Issued: 07/10/2020

Page 5 of 6

## INVESTIGATION RESULTS - VERIFIED AS ACCURATE AND UPDATED: The disputed item(s) was verified as accurate; however, other information has also changed.

**JPMCB CARD SERVICES #426684136190****** ( PO BOX 15369, WILMINGTON, DE 19850, (800) 945-2000 )

We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE**; however, we updated: Date Updated; Rating. Here is how this account appears on your credit report following our investigation.

| | | | | |
|---|---|---|---|---|
| Date Opened: 05/04/2014 | Balance: $1,138 | Pay Status: >Charged Off< |
| Responsibility: Individual Account | Date Updated: 06/18/2020 | Terms: Paid Monthly |
| Account Type: Revolving Account | Last Payment Made: 07/19/2015 | Date Closed: 11/01/2015 |
| Loan Type: CREDIT CARD | High Balance: $1,138 | >Maximum Delinquency of 120 days in |
| | Original Charge-off: $1,138 | 01/2016 and in 03/2016< |
| | Credit Limit: $800 | |
| | Past Due: >$1,138< | |

Remarks: CLOSED BY CREDIT GRANTOR; >UNPAID BALANCE CHARGED OFF<
Estimated month and year that this item will be removed: 08/2022

(Rating history grid showing monthly ratings from 09/2014 through 05/2020, mostly "CO" (Charged Off) ratings for later periods and "OK" for earlier periods)

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

**JPMCB CARD SERVICES #414720212023****** ( PO BOX 15369, WILMINGTON, DE 19850, (800) 945-2000 )

We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE**; however, we updated: Date Updated; Rating. Here is how this account appears on your credit report following our investigation.

| | | | | |
|---|---|---|---|---|
| Date Opened: 02/02/2013 | Balance: $8,194 | Pay Status: >Charged Off< |
| Responsibility: Individual Account | Date Updated: 06/18/2020 | Terms: Paid Monthly |
| Account Type: Revolving Account | Last Payment Made: 06/07/2015 | Date Closed: 07/15/2015 |
| Loan Type: FLEXIBLE SPENDING CREDIT CARD | High Balance: $8,194 | >Maximum Delinquency of 120 days in |
| | Original Charge-off: $8,194 | 12/2015 and in 02/2016< |
| | Credit Limit: $7,500 | |
| | Past Due: >$8,194< | |

Remarks: CLOSED BY CREDIT GRANTOR; >UNPAID BALANCE CHARGED OFF<
Estimated month and year that this item will be removed: 07/2022

(Rating history grid showing monthly ratings from 08/2013 through 05/2020, mostly "CO" ratings for later periods and "OK" for earlier periods)