1  Joel E. Tasca
   Nevada Bar No. 14124
2  Lindsay Demaree
   Nevada Bar No. 11949
3  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
4  Las Vegas, Nevada 89135
   Telephone:  702.471.7000
5  Facsimile:  702.471.7070
   tasca@ballardspahr.com
6  demareel@ballardspahr.com

7  *Attorneys for Defendant*
   *JPMorgan Chase Bank, N.A.*
8

9

10              UNITED STATES DISTRICT COURT

11                  DISTRICT OF NEVADA

12  JORDAN D. ETZIG,                    CASE NO.  2:20-cv-01732-APG-DJA

13          Plaintiff,                  **STIPULATION AND ORDER TO
                                        EXTEND TIME FOR  JPMORGAN
14  v.                                  CHASE BANK, N.A. TO RESPOND TO
                                        PLAINTIFF'S COMPLAINT**
15  JPMORGAN CHASE BANK, N.A.,

16          Defendant.                  **(First Request)**

17

18          Defendant JPMorgan Chase Bank, N.A.'s ("Chase") response to Plaintiff

19  Jordan D. Etzig's complaint currently is due October 13, 2020.   Chase has requested,

20  and Plaintiff has agreed, that Chase has up to and including November 6, 2020 to

21  respond to Plaintiff's complaint, to provide time for Chase to investigate Plaintiff's

22  allegations.

23

24                      *[Continued on following page.]*

25

26

27

28

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
702.471.7000 FAX 702.471.7070

DMWEST #40608898 v1

This is the first request for such an extension, and it is made in good faith and not for purposes of delay.

Dated:  October 13, 2020

BALLARD SPAHR LLP

By:  /s/ Lindsay Demaree
Joel E. Tasca
Nevada Bar No. 14124
Lindsay Demaree
Nevada Bar No. 11949
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

*Attorneys for Defendant*
*JPMorgan Chase Bank, N.A.*

MITCHELL D. GLINER, ESQ.

By:  /s/ Mitchell Gliner
Mitchell D. Gliner
Nevada Bar No. 3419
3017 W. Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
mglinger@glinerlaw.com

*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  October 15, 2020
_____

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
702.471.7000 FAX 702.471.7070